## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

MARK MATTHEWS,
    Debtor.

Case No.: 18-26073 AJC

CH 13

_____/

### AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION TO MODIFY

STATE OF FLORIDA      )
                             )SS:
COUNTY OF MIAMI DADE  )

BEFORE ME, the undersigned authority personally appeared, Mark Matthews, who after being duly

sworn deposes and says:

I, Mark Matthews, am a self-employed handyman and have experienced a direct and material

financial hardship caused by the COVID-19 pandemic. My ability to pay my Ch 13 Plan was negatively

affected by the COVID-19 virus because I was out of work from March 1, 2020 through August 31, 2020

due to the pandemic. During this time, I received no compensation and no government assistance.

FURTHER AFFIANT SAYETH NAUGHT.

Signed: _Mark Matthews_

The foregoing instrument was acknowledged before me this 28th of October, 2020
by Mark Matthews, who is personally known or has produced _____ as
identification and who did / did not take an oath.

_____
NOTARY PUBLIC

My Commission Expires
State of Florida



SILVIA NAVARRETE
MY COMMISSION # GG085647
EXPIRES March 22, 2021

(00.02)