**Fill in this information to identify the case:**

Debtor 1    Mark Matthews

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Southern District of Florida

Case number   18-26073-AJC

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust    **Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account:   7   1   1   9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No
☑ Yes. Date of the last notice: 07/16/2019

---

**Part 1:   Itemize Postpetition Fees, Expenses, and Charges**

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 11/05/19; 12/05/19; 01/03/20; 02/04/20; 03/03/20 | (9) | $ 503.50 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 10/03/2019 | (11) | $ 250.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    **Mark Matthews**
             First Name    Middle Name    Last Name

Case number *(if known)*  18-26073-AJC

---

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Chase Berger
   Signature

Date  04/03/2020

Print:  Chase
        First Name    Middle Name    Last Name

Title  Authorized Agent for Secured Creditor

Company  Ghidotti Berger LLP

Address  1920 Old Tustin Ave.
         Number    Street
         Santa Ana          CA     92705
         City              State   ZIP Code

Contact phone  (949) 427-2010

Email  bknotifications@ghidottiberger.com



**G|B**
GHIDOTTI BERGER

1920 Old Tustin Avenue | Santa Ana, California 92705
Tel: 949.427.2010 | Fax: 949.427.2732
www.GhidottiBerger.com

| Invoice Date |
|---|
| 10/03/2019 |

| Invoice Number |
|---|
| 13505 |

SN Servicing Corporation/ PRP
323 Fifth Street
Eureka, CA 95501

RE: SN Servicing Corporation
vs. Mark Matthews, Unknown Spouse of, Loan#
Case Ref Number: 18-26073
Property Address: 8910 SW 156 Street, Miami, FL 33157
OURFILE:
Area of Law: BK Mediation

Attorney: Chase Berger

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 10/03/2019 | 2019 Fannie Mae - Bankruptcy - Chapter 13 - Plan Review (3rd and Subsequent Plan)- 3RD MODIFIED PLAN | $250.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs This Invoice | $0.00 |
| Total Fees This Invoice | $250.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Amount Due This Invoice | $250.00 |

Thank you for the opportunity to be of service.

OK TO PAY! ML

**SN Servicing Corporation**

**Loan History - General**

| Loanid | | | | | | | | Borrower: MATTHEWS | | | | | | | Telephone: | | | | SSN: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Effective Date | Transaction Date | Due Date | Transaction Description | Batch Desc | Sub Code | Batch Id | Trans. Amt | Principal Amount | Principal Balance | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/5/2019 | 11/5/2019 | 3/1/2014 | Forced Place Insur Disbursement | FPI Escrow | 12 | 48487 | ($100.70) | $.00 | $49,949.51 | $.00 | $.00 | $.00 | ($100.70) | $100.70 |
| 12/5/2019 | 12/5/2019 | 3/1/2014 | Forced Place Insur Disbursement | FPI Escrow | 12 | 51847 | ($100.70) | $.00 | $49,949.51 | $.00 | $.00 | $.00 | ($100.70) | $201.40 |
| 1/3/2020 | 1/3/2020 | 3/1/2014 | Forced Place Insur Disbursement | FPI Escrow | 12 | 55468 | ($100.70) | $.00 | $49,949.51 | $.00 | $.00 | $.00 | ($100.70) | $302.10 |
| 2/4/2020 | 2/4/2020 | 3/1/2014 | Forced Place Insur Disbursement | FPI Escrow | 12 | 59449 | ($100.70) | $.00 | $49,949.51 | $.00 | $.00 | $.00 | ($100.70) | $402.80 |
| 3/3/2020 | 3/3/2020 | 3/1/2014 | Forced Place Insur Disbursement | FPI Escrow | 12 | 62857 | ($100.70) | $.00 | $49,949.51 | $.00 | $.00 | $.00 | ($100.70) | $503.50 |

*Contains Customer Private Information - handle securely.*

## <u>CERTIFICATE OF SERVICE</u>

On April 3, 2020, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by electronic means through the Court's ECF program:

| COUNSEL FOR DEBTOR | TRUSTEE | U.S. TRUSTEE |
|---|---|---|
| Samir Masri | Nancy K. Neidich | Office of the US Trustee |
| masrilaw@aol.com | e2c8f01@ch13miami.com | USTPRegion21.MM.ECF@usdoj.gov |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Kasra Sadjadi</u>
Kasra Sadjadi

On April 3, 2020, I served the foregoing documents described as Notice of Postpetition Mortgage Fees, Expenses, and Charges on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| DEBTOR | |
|---|---|
| Mark Matthews | |
| 8910 SW 156 St | |
| Miami, FL 33157 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u>/s/ Kasra Sadjadi</u>
Kasra Sadjadi