Fill in this information to identify the case:

Debtor 1 __Mark Mathews__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number __1:18-bk-26073-AJC__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

Name of creditor: __U.S. Bank Trust, N.A., as Trustee of Chalet Series III Trust__

Court claim no. (if known): __1-1__

**Last 4 digits** of any number you use to identify the debtor's account: __7119__

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
☒ Yes. Date of the last notice: __04__ / __03__ / __2020__

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | 4/2020, 5/2020, 6/2020, 7/2020, 8/2020, 9/2020 | (9) | $ 604.20 |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2                Notice of Postpetition Mortgage Fees, Expenses, and Charges                page 1

| Debtor 1 | Mark Mathews | Case number (if known) | 1:18-bk-26073-AJC |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✖ **/s/ Melbalynn Fisher, Esq.**
Signature

Date 10/16/2020

Print: **Melbalynn Fisher**
First Name   Middle Name   Last Name

Title **Authorized Agent for Secured Creditor**

Company **Ghidotti Berger LLP**

Address **1031 North Miami Beach Blvd.**
Number   Street
**North Miami Beach, FL 33137**
City   State   ZIP Code

Contact phone ( 305 ) 501 – 2808

Email **bknotifications@ghidottiberger.com**

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page 2

*CASE NO.:* 1:18-bk-26073-AJC

## CERTIFICATE OF SERVICE

On October 16, 2020, I served the foregoing document described as *Notice of Post Petition Mortgage Fees, Expenses, and Charges* on the following individuals by electronic means through the Court's ECF program:

**COUNSEL(S) FOR DEBTOR(S)**

Samir Masri                              masrilaw@aol.com

**TRUSTEE(S) / TRUSTEE(S) COUNSEL(S)**

Nancy K. Neidich            e2c8f01@ch13miami.com,  ecf2@ch13miami.com
US Trustee                     USTPRegion21.MM.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker

On October 16, 2020, I served the foregoing documents described as *Notice of Post Petition Mortgage Fees, Expenses, and Charges* on the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, Florida enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Mark Matthews**
8910 S.W. 156th Street
Miami, FL 33157

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Ricardo Becker
Ricardo Becker